No. 86–1408. Haynie et al. v. Ross Gear Division of TRW, Inc., et al. C. A. 6th Cir. [Certiorari granted, 481 U. S. 1003.] On the basis of the representations made in the parties' joint stipulation of dismissal and suggestion of mootness, the judgment of the United States Court of Appeals for the Sixth Circuit is vacated and the case is remanded to that court with a direction to dismiss. See *United States* v. *Munsingwear, Inc.*, 340

U. S. 36 (1950). JUSTICE MARSHALL took no part in the consideration or decision of this case.